**UNITED STATES of America Plaintiff-Appellee**

v.

**Randel BRANSCUM Defendant-Appellant**

No. 16-4430

United States Court of Appeals, Eighth Circuit.

Submitted: July 3, 2017

Filed: July 12, 2017

Thomas Chandler, Trial Attorney, Elizabeth Hecker, U.S. Department of Justice, Civil Rights Division, Washington, DC, Gabriel A. Davis, Samantha Trepel, U.S. De-

---

1. The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

partment of Justice, Appellate Section, Washington, DC, Julie Peters, Assistant U.S. Attorney, U.S. Department of Justice, U.S. Department of Justice, Little Rock, AR, for Plaintiff-Appellee

Randel Branscum, Pro Se

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Randel Branscum appeals after he pleaded guilty with a written plea agreement to a civil rights offense and the District Court[1] imposed the agreed-upon sentence. Branscum's counsel has moved for leave to withdraw and has filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), questioning whether Branscum received effective assistance of counsel.

We decline to address the ineffective-assistance claim on direct appeal. See United States v. Ramirez-Hernandez, 449 F.3d 824, 826–27 (8th Cir. 2006) (noting that ineffective-assistance claims "are usually best litigated in collateral proceedings" where the record can be properly developed). We have reviewed the record under Penson v. Ohio, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and we have found no non-frivolous issues for appeal. We affirm the judgment, and we grant counsel's motion for leave to withdraw.

---

1. The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.